IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LINDA LANGLEY                                                                                                         PLAINTIFF

vs.                                             CIVIL ACTION NO. 3:07-CV-298 HTW-LRA

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY                               DEFENDANT

## FINAL JUDGMENT

This matter, having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and this court, having adopted the Report and Recommendation as its own order, hereby directs that plaintiff's motion for summary judgment be denied. Plaintiff's appeal is dismissed with prejudice and final judgment is entered in favor of the Commissioner of Social Security. The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED, this the 29th day of July, 2009.**

                                        **s/ HENRY T. WINGATE**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**